IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

ANDRE WILDER, SR.,

                                    Plaintiff.

         v.                                         Civil Action Number 3:03CV866

PRESTIGE AUTO, INC., et al.,

                                    Defendants.

## **FINAL ORDER**

THIS MATTER comes before the Court on the Magistrate Judge Dennis Dohnal's Report

and Recommendation.  Having heard no objections from the remaining Defendants,[1] the Court

hereby ACCEPTS the Report and ADOPTS the damage award for the reasons stated in the

Magistrate Judge's Report and Recommendation.

Let the Clerk send a copy of this Order to all parties of record.

It is SO ORDERED.

ENTERED this 9th  day of MAY, 2005

                                     /s/ James R. Spencer
                                    UNITED STATES DISTRICT JUDGE

---

[1] Of the eight defendants, only three remain: National Auto Finance Company, Inc., Prestige
Auto, Inc. and Premium Auto Sales, Inc.  These three defendants have not entered an appearance in
this case or otherwise consented to the jurisdiction of this Court.  Although this Court referred the
case to the magistrate judge for disposition pursuant to 28 U.S.C. § 636(c)(1), due to the defendants'
default, Judge Dohnal submitted a report and recommendation under § 636(b)(1)(B) rather than
entering judgment.